UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 JUN -6  AM 10: 31

CLERK
S.D. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>CEDRIC L. KING, and<br><br>CARLOS RUELAS,<br><br>Defendants. | INDICTMENT<br><br>CASE NO. CR517-005<br><br><br><br>VIOLATIONS:<br>18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm In<br>Furtherance of Drug Trafficking Crime<br><br>21 U.S.C. § 846<br>Conspiracy to Possess with Intent to Distribute<br><br>FORFEITURE:<br>18 U.S.C. §924(d)(1)<br>21 U.S.C. § 853<br>28 U.S.C. §2461(c) |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
18 U.S.C. § 924(c)(1)(A)
(POSSESSION OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

Beginning at a time unknown to the Grand Jury but until on or about May 7, 2017, in Ware County and other surrounding counties, within the Southern District of Georgia, the defendants,

CEDRIC L. KING, and

CARLOS RUELAS,

did knowingly possess firearms, to wit: a Taurus .45 revolver; a Glock 27 .40 caliber pistol and a Cobra Ent. of Utah, UT model CA-.380 caliber pistol, in furtherance of a drug trafficking crime for which the person may be prosecuted in a court of the United States, as charged in Count Two of this Indictment. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT TWO
21 U.S.C. § 846
(CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE)

Beginning at a time unknown to the Grand Jury but at least on or about May 7, 2017, in Ware County and other surrounding counties, within the Southern District of Georgia and elsewhere, the defendants,

**CEDRIC L. KING, and**

**CARLOS RUELAS,**

being aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other and others to commit certain offenses against the United States, that is to possess with intent to distribute 5 kilos or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2. All in violation of Title 21, United States Code, Sections 846.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. §924(d)(1), 21 U.S.C. § 853, 28 U.S.C. §2461(c))

The allegations contained in Count One of this Indictment is hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 924(c) set forth in Count One of this Indictment, Defendants **CEDRIC L. KING, and CARLOS RUELAS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including but not limited to a Taurus .45 revolver; a Glock 27 .40 caliber pistol and a Cobra Ent. of Utah, UT model CA-.380 caliber pistol.

The allegations contained in Count Two of this Indictment are hereby reincorporated by reference for purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense in violation of Title 21, United States Code, Section 846 set forth in Count One of this Indictment, Defendants **CEDRIC L. KING and CARLOS RUELAS** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner

3

or part, to commit, or to facilitate the commission of, the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

                                                A TRUE BILL,

_____
Foreman

/s/ James D. Durham
James D. Durham
Acting United States Attorney

/s/ Brian T. Rafferty
Brian T. Rafferty
Chief, Criminal Division
Assistant United States Attorney

_____
Marcela C. Mateo (lead counsel)
Assistant United States Attorney

_____
Jennifer J. Kirkland (co-counsel)
Assistant United States Attorney

5